IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHERN CHAUTAUQUA FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | Case No. 1:14-cv-3020-AT |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

The undersigned is authorized to practice in this court and appears in this case as counsel for Defendant Home Depot U.S.A., Inc. (improperly named as The Home Depot, Inc.).[1]

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions with Plaintiffs. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

- 2 -

Respectfully submitted this 3rd day of October, 2014.

> By: */s/ Cari K. Dawson*
> CARI K. DAWSON
> Georgia Bar Number 213490
> KRISTINE MCALISTER BROWN
> Georgia Bar Number 480189
> JAMES C. GRANT
> Georgia Bar Number 305410
> **ALSTON & BIRD LLP**
> 1201 West Peachtree Street
> Atlanta, Georgia  30309-3424
> Telephone:  404-881-7000
> Facsimile: 404-881-7777
> cari.dawson@alston.com
> kristy.brown@alston.com
> jim.grant@alston.com
>
> Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this **APPEARANCE OF COUNSEL** was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 3rd day of October, 2014.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, and additionally served counsel for Plaintiffs by depositing copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

| | |
|---|---|
| W. Pitts Carr | Arthur N. Bailey, Esq. |
| Alexander Dewitt Weatherby | Arthur N. Bailey & Associates |
| W Pitts Carr and Associates | 111 West Second Street |
| 4200 Northside Parkway, N.W. | Jamestown, NY 14701 |
| 10 North Parkway Square | |
| Atlanta, GA 30327 | |

James J. Pizzirusso
Swathi Bojedla
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006

By: */s/ Cari K. Dawson*
　　CARI K. DAWSON
　　Georgia Bar Number 213490